No. 1468, Misc.   LEE *v.* BETO, CORRECTIONS DIRECTOR. Motion for leave to file petition for writ of habeas corpus denied.

Nos. 735 and 934.   COX *v.* LOUISIANA.   Appeals from the Supreme Court of Louisiana.   (Probable jurisdiction noted, *ante,* p. 921.)   The motion of the appellant for leave to proceed further herein *in forma pauperis* is granted.   It is ordered that the printing of the records be dispensed with.   *Carl Rachlin* on the motion.

No. 1101, Misc.   McNEER *v.* HEINZE, WARDEN.   Motion for leave to file petition for writ of habeas corpus denied.   Petitioner *pro se.   Stanley Mosk,* Attorney General of California, and *Doris H. Maier,* Assistant Attorney General, for respondent.

No. 5, Original.   UNITED STATES *v.* CALIFORNIA.   The joint motion to set this case down for oral argument on the exceptions to the report of the Special Master is granted and two hours are allotted to each side for that purpose.   THE CHIEF JUSTICE and MR. JUSTICE CLARK took no part in the consideration or decision of this motion.   *Solicitor General Cox* for the United States. *Stanley Mosk,* Attorney General of California, for defendant.   [For earlier orders herein, see 375 U. S. 927, 990; *ante,* p. 926.]

No. 400.   GARRISON *v.* LOUISIANA.   Appeal from the Supreme Court of Louisiana.   (Probable jurisdiction noted, 375 U. S. 900.)   Argued April 22, 1964.   This case is restored to the calendar for reargument.   *Eberhard P. Deutsch* argued the cause for appellant.   With him on the briefs was *René H. Himel, Jr.   Jack P. F. Gremillion,* Attorney General of Louisiana, argued the cause for appellee.   With him on the briefs were *M. E. Culligan* and *John E. Jackson, Jr.,* Assistant Attorneys General.